UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LINZELL JONES (#103982)**

**VERSUS**

**DARREL VANNOY, ET AL.**

**CIVIL ACTION**

**19-872-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.13) dated January 8, 2021, to which an objection (Doc.17) was filed and considered,

**IT IS ORDERED** that the defendants' Motion to Dismiss (R. Doc. 9) is granted, the Court to declines the exercise of supplemental jurisdiction over any potential state law claims, and the plaintiff's action is dismissed, with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>February 8, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**